UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY WYNES,

    Plaintiff,

v.

MICHAEL PARAMO,

    Defendants.
_____/

Case No. 2:16-cv-12656

HONORABLE STEPHEN J. MURPHY, III

## JUDGMENT

This action having come before the Court and the Jury, the issues having been duly tried and the Jury having rendered its verdict on March 7, 2017,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff and against Defendant in the amount of $50,000.

**SO ORDERED**.

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY: s/D. Parker
    Deputy Clerk

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 9, 2018, by electronic and/or ordinary mail.

s/David P. Parker
Case Manager