**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

Jeffrey Wynes,

Civil No: 16-12656

*v.*

Judicial Officer: Steven J. Murphy III

Michael Paramo

_____/

# TAXED BILL OF COST

On March 9, 2018, a judgment was entered in favor of **the Plaintiff.** The prevailing party now requests the clerk to tax the following costs:

| | | AMOUNT REQUESTED | AMOUNT ALLOWED | CLERK'S COMMENTS |
|---|---|---|---|---|
| A | Fees of the Clerk *(28:1920(1))(28:1923)* | $400.00 | $400.00 | |
| B | Service Fees | $11.84 | $11.84 | |
| C | Court Reporter Fees | $1,297.25 | $1,297.25 | |
| D | Printing Fees | | | |
| E | Witness Fees | | | |
| F | Exemplification & Copy Fees | | | |
| G | Docket fees (28 U.S.C. 1923) | | | |
| H | Costs on Mandate of Appeal | | | |
| I | Court-appointed experts | | | |
| J | Interpreters and Services | | | |
| K | Other costs | $30.00 | $0.00 | Attorney's parking fees are not taxable. (See Bill of Costs Handbook, Sec. II,K,2,a, page 7.) |
| | | $1,739.09 | $1,709.09 | |

**After the taxation clerk has taxed costs, counsel for either side may, within seven (7) days, file motions to review the clerk's action.**

Date: 03/23/18

David J. Weaver, Clerk

s/D.Peruski
_____
*Deputy Clerk*

Rev. 11/22/11

# Mailing Information for a Case 2:16-cv-12656-SJM-RSW Wynes v. Royal Oak, City of et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kali M. L. Henderson**
  khenderson@sewardhenderson.com,admin-asst@sewardhenderson.com
- **Matthew S. Kolodziejski**
  mattkolo@comcast.net
- **T. Joseph Seward**
  jseward@sewardhenderson.com,P35095@gmail.com,admin-asst@sewardhenderson.com